

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*       *main: (973) 645-2700*
*Newark, New Jersey 07102*          *direct:(973) 645-2825*
*Alexander.judka@usdoj.gov*

July 20, 2026

**By ECF**

Honorable Madeline C. Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

>    **Re:**   ***Palacios Calderon v. Blanche, et al,* No. 26-cv-8099 (MCA)**
>           **Update Regarding Petitioner's Release**

Dear Judge Arleo:

    This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's July 20, 2026 Text Order, ECF No. 3, to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") released Petitioner from custody at 10:31 a.m. on July 20, 2026. Petitioner was released with the same conditions that existed prior to detention and personal property.

    We thank you for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:  *s/ Alexander Judka*
      ALEXANDER JUDKA
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   *Pro Se* Petitioner (by U.S. Mail)

Case shall be closed.

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  7/27/26